**Order entered January 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00592-CV

### ARKING JONES, Appellant

### V.

### KIRKSTALL ROAD ENTERPRISES, INC., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01794**

## ORDER

Before the Court is appellant's motion to strike the letter brief filed by appellee on January 4, 2019. We **DENY** the motion. No further briefing will be allowed unless requested by the submissions panel.

/s/    ERIN A. NOWELL
        JUSTICE